UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| O'Shea Chairse and Sean Burgess, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Minnesota Department of Human Services and Jodi Harpstead, in her official and individual capacity as Commissioner of the Department of Human Services,<br><br>Defendants. | Civil File No. 23-cv-00355 (ECT/ECW)<br><br><br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO: Plaintiffs, by and through counsel, Zorislav R. Leyderman, Esq., The Law Office of Zorislav R. Leyerman, 222 South 9th Street, Suite 1600, Minneapolis, Minnesota 55402; and Tim Phillips, Esq., Law Office of Tim Phillips, 331 Second Avenue South, Suite 400, TriTech Center, Minneapolis, Minnesota 55401.

**PLEASE TAKE NOTICE THAT** pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, the undersigned, Assistant Attorneys General Sarah Doktori, Brandon Boese, and Scott Ikeda, enter their appearance as counsel for Defendants Minnesota Department of Human Services and Jodi Harpstead, in her official and individual capacities as Commissioner of the Department of Human Services ("Defendants"), in substitution for Assistant Attorneys General Gabriel R. Ulman and Emily B. Anderson, who are withdrawing from this matter. Assistant Attorney General Aaron Winter remains as counsel for Defendants.

Dated: March 22, 2023

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Sarah Doktori**
SARAH DOKTORI
Assistant Attorney General
Atty. Reg. No. 0403060
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 583-6694 (Voice)
(651) 282-5832 (Fax)
sarah.doktori@ag.state.mn.us

**s/ Brandon Boese**
BRANDON BOESE
Assistant Attorney General
Atty. Reg. No. 0396385
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1414 (Voice)
(651) 282-5832 (Fax)
brandon.boese@ag.state.mn.us

**s/ Scott H. Ikeda**
SCOTT H. IKEDA
Assistant Attorney General
Atty. Reg. No. 0386771
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1385 (Voice)
(651) 282-5832 (Fax)
scott.ikeda@ag.state.mn.us

*Substituting Attorneys for Defendants*

Dated:  March 22, 2023

**s/ Gabriel R. Ulman**
GABRIEL R. ULMAN
Assistant Attorney General
Atty. Reg. No. 0402503
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1275 (Voice)
(651) 282-5832 (Fax)
Gabriel.Ulman@ag.state.mn.us

**s/ Emily B. Anderson**
EMILY B. ANDERSON
Assistant Attorney General
Atty. Reg. No. 0399272
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1374 (Voice)
(651) 282-5832 (Fax)
emily.anderson@ag.state.mn.us

*Withdrawing Attorneys for Defendants*

|#5459888-v1