

<u>Via CM/ECF</u>

May 10, 2023

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re:** *Chairse, et al. v. Minnesota Department of Human Services, et al.*
**Court File No. 23-cv-355 (ECT/ECW)**

Judge Tostrud,

Plaintiffs are withdrawing their motion for class certification at this time, without prejudice, and intend to file it again following some preliminary discovery. Defendants do not object to Plaintiffs withdrawing this motion.

Thank you.

Sincerely,

Tim Phillips
*Attorney*

---