# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| O'Shea Chairse, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Eric C. Tostrud |
| v. | U.S. District Judge |
| State of Minnesota Department of Human Services, et al., | Case No: 23-cv-355 ECT/ECW |
| | Date: May 22, 2023 |
| | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 9:00 a.m. |
| Defendants. | Time Concluded: 9:35 a.m. |
| | Time in Court: 35 Minutes |

**APPEARANCES:**

Plaintiffs:   Zorislav Leyderman, The Law Office of Zorislav R. Leyderman

Defendants:   Brandon Boese, Office of the Minnesota Attorney General
Scott, Ikeda, Minnesota Attorney General's Office

**HEARING ON:**

Motion to Dismiss filed by Jodi Harpstead and State of Minnesota Department of Human Services. [ECF No. 26]

**PROCEEDINGS:**

The Motion to Dismiss [ECF No. 26] was moved, argued and taken under advisement. Order to follow.

s/ R. Morton<br>Courtroom Deputy