UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| O'Shea Chairse, | Civ. No. 23-355 (ECT/ECW) |
| Plaintiff, | |
| v. | |
| Minnesota Department of Human Services and Jodi Harpstead, in her official capacity as the Commissioner of the Minnesota Department of Human Services, | **ORDER FOR ESI PROTOCOL** |
| Defendants. | |

This case is before the Court on the Stipulation for ESI Protocol (Dkt. 58).

Having considered the Stipulation, **IT IS ORDERED** that following protocol for

Electronically Stored Information (ESI) is as follows:

**Preservation and Litigation Hold**

Plaintiff implemented a litigation hold in January 2023. Defendants implemented a litigation hold in January 2023.

**Production Format**

    A. Electronically stored information ("ESI") and paper documents must be produced in a format consistent with loading into document review software, including images, native files, text, associated metadata, and a load file.

        a. If any party is unable to produce data in this manner, the party must provide the information in native electronic format with unaltered metadata. In addition, the producing party must also provide the documents in PDF format. Both the native files and the corresponding PDFs should be named by their Bates number, and each PDF must be stamped with a Bates number and any relevant confidentiality designation.

B. All document family groups, including email attachments and embedded files, must be produced together and children files must follow parent files sequentially in the document numbering.

C. Any special viewing software necessary for video or audio will be provided with the video or audio files.

DATE:  January 3, 2024                               *s/Elizabeth Cowan Wright*
                                                     ELIZABETH COWAN WRIGHT
                                                     United States Magistrate Judge