**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

February 6, 2025

The Honorable Eric C. Tostrud
U.S. District Judge, District of Minnesota
United States District Court
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN  55101

Re:   *O'Shea Chairse, et al. v. Minnesota Department of Human Services, et al.*
      U.S. District Court No. 23-cv-00355 (ECT/SGE)

Dear Judge Tostrud:

I write to advise the Court that Shireen Gandhi has succeeded as Temporary Commissioner to the Office of Commissioner of the Department of Human Services for the State of Minnesota.[1] Accordingly, pursuant to Fed. R. Civ. P. 25(d), Shireen Gandhi, in her official capacity, was automatically substituted for former Commissioner Jodi Harpstead, in her official capacity, in the above-captioned matter and further proceedings should be in the name of the substituted party.

I note that all claims made against Former Commissioner Harpstead in her individual capacity were dismissed, *see* ECF No. 47, so she no longer remains a party to this action.

Please feel free to reach out should the Court have any questions.  Thank you.

Sincerely,

**s/ Sarah Doktori**
SARAH DOKTORI
Assistant Attorney General
Atty Reg. No. 0403060
(651) 583-6694 (Voice)
(651) 282-5832 (Fax)
sarah.doktori@ag.state.mn.us

*Attorney for Defendants*

Encs.
cc:     Counsel of Record *(via NextGen CM/ECF)*
|#5998109-v1

---

[1]   Office of the Governor, Notice of Appointment, Document No. 20250503, February 3, 2025, *https://officialdocuments.sos.state.mn.us/Files/GetDocument/146930*.