# UNITED STATES DISTRICT COURT
## District of Minnesota

O'Shea Chairse,

Plaintiff(s),

v.

State of Minnesota Department of Human Services and Shireen Gandhi,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-355 ECT/SGE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment [ECF No. 77] is **GRANTED** for lack of subject-matter jurisdiction.

2. The Amended Complaint [ECF No. 12] is **DISMISSED WITHOUT PREJUDICE**.

Date: 6/2/2025

KATE M. FOGARTY, CLERK

-cv-